**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joshua T. SLEDD, Defendant— Appellant.**

No. 09–6656.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 2, 2009.

Joshua T. Sledd, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua T. Sledd appeals the district court's order denying his § 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Therefore we affirm for the reasons stated by the district court. *United States v. Sledd,* No. 5:04–cr–30016–gec–5 (W.D.Va. March 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*